**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHRISTOPHE ROBERTS,

    Plaintiff,

v.

PUMA NORTH AMERICA, INC.,

    Defendant.

---

21-cv-02559 (JSR)

**ORDER PERMITTING CERTAIN DOCUMENTS TO BE FILED UNDER SEAL**

Based upon the Defendant's request to file certain documents under seal, and the Court having found that good cause exists for issuance of an appropriately tailored order allowing certain documents to be filed under seal, it is therefore hereby

ORDERED that Defendant Puma North America, Inc. is granted permission to file documents under seal in connection with Defendant's response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, pursuant to the following terms.

1. In responding to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Defendant may file documents under seal with the Clerk of the Court containing the following information:

   (a) previously nondisclosed financial information, including without limitation financial and sales information for products containing the marks at issue in this action; and

   (b) previously nondisclosed business plans, product development information, branding or marketing plans, inventory records, third party agreements, or manufacturing information, including without limitation third party contracts and manufacturing records for products containing the marks at issue in this action;

2. Defendant shall also publicly file a redacted copy of the same, via the Court's Electronic Case Filing system, that redacts only the Confidential material itself, and not text that in no material way reveals the Confidential material.

3. All such documents and information that Defendant files under seal pursuant to this Order shall be treated as "Confidential" pursuant to the Protective Order entered in this action on April 16, 2021, and all terms of the Protective Order apply to the documents and information that Defendant files under seal pursuant to this Order. Accordingly, no party to this action or person subject to this Order other than the Defendant shall disclose any of the documents or information filed under seal to any other person whomsoever, except those persons specifically identified in the Protective Order, and each person who has access to the Confidential material shall take all due precautions to prevent the unauthorized or inadvertent disclosure of such material.

SIGNED this __19th__ day of __April__, 2021.

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE