```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
CHRISTOPHE ROBERTS,                      :
                                         :
        Plaintiff,                       :
                                         :
            -v-                          :    21-cv-2559 (JSR)
                                         :
PUMA NORTH AMERICA, INC.,                :    ORDER
                                         :
        Defendants.                      :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Plaintiff Christophe Roberts brings this action against defendant Puma North America, Inc. ("Puma"). Roberts brings claims of trademark infringement and unfair competition under both federal law and common law, and a claim of dilution under New York law. Roberts alleges that Puma willfully infringed his signature mark -- the "Roar Mark" -- by selling apparel bearing certain designs that, according to Roberts, are confusingly similar to the Roar Mark. Roberts now seeks a temporary restraining order and preliminary injunction to prevent Puma from, among other things, using these designs in connection with the promotion, marketing, advertising, and sale of products and services.

Upon consideration, that motion is hereby denied. A memorandum explaining the reason for this ruling will issue in due course. The Clerk of the Court is directed to close the entry at docket number 12.

SO ORDERED.

Dated:    New York, NY                        /s/ Jed S. Rakoff
          May 5, 2021                         JED S. RAKOFF, U.S.D.J.